1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JOHN LEVON MCDANIEL,

     Petitioner,

     v.

LARRY SMALL, Warden,

     Respondent.

Case No. EDCV 09-1291-DDP (MLG)

ORDER ACCEPTING AND ADOPTING
FINDINGS AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files herein and has conducted a de novo review of that portion of the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations of the United States Magistrate Judge in the Report and Recommendation and Supplement to the Report and Recommendation attached hereto and orders that judgment be entered dismissing the petition with prejudice.

Dated: January 29, 2010

Dean D. Pregerson
United States District Judge