JS-6 / ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB -1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JOHN LEVON MCDANIEL,  ) Case No. EDCV 09-01291-DDP (MLG)
      Petitioner,  ) JUDGMENT
      v.  )
LARRY SMALL, Warden,  )
      Respondent.  )

IT IS ADJUDGED that the petition herein is dismissed with prejudice.

Dated: January 29, 2010

_____
Dean D. Pregerson
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB -2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY